**L. RUTHER, Plaintiff–Appellant,**

v.

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, Defendant–Appellee.**

No. 01–1886.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 8, 2001.

Decided Nov. 15, 2001.

L. Ruther, pro se.

August William Steinhilber, Brault, Palmer, Grover, Zimmerman, White & Mims, Fairfax, Virginia, for Appellee.

Before WILKINS, MICHAEL, and KING, Circuit Judges.

PER CURIAM.

L. Ruther appeals the district court's orders dismissing his civil action under 28 U.S.C.A. § 1915(e)(2)(B) (West Supp.2001) and motion to reconsider. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Ruther v. State Farm Mutual Ins. Co.,* No. CA–01–671–A (E.D. Va. June 18 & 22, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court

and argument would not aid the decisional process.

*AFFIRMED.*